UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

ANDREW PAUL CICHOSZ

Debtor

Chapter 13

Case No. 15-13059-KHK

## MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Andrew Paul Cichosz, Case #15-13059-KHK

***Attend the hearing to be held on January 30, 2020 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste.400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _December 18, 2019_____              __/s/ Thomas P. Gorman_____
                                            Thomas P. Gorman
                                            Chapter 13 Trustee
                                            300 N. Washington Street, #400
                                            Alexandria, VA 22314
                                            (703) 836-2226
                                            VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of December, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Andrew Paul Cichosz | Neil Spencer Welles |
| Chapter 13 Debtor | Attorney for Debtor |
| 2826 Yarling Ct | Welles Law, Pc |
| Falls Church, VA 22042-4465 | 10195 Main Street, Suite I |
| | Fairfax, VA 22031 |

                                            __/s/ Thomas P. Gorman_____
                                            Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 12/18/2019

CASE NO: 15-13059-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-4592
CICHOSZ, ANDREW PAUL
AKA:

DATE FILED: 09/02/2015
CONFIRMED: 11/20/2015
LATEST 341: 10/13/2015
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 10/2015
ON SCHEDULE: 26,849.35
ACTUAL PAYMENTS: 25,902.96
AMOUNT BEHIND: 946.39

2826 YARLING CT
FALLS CHURCH, VA 22042-4465

ATTORNEY: NEIL SPENCER WELLES
WELLES LAW, PC
10195 MAIN STREET, SUITE I
FAIRFAX, VA 22031
Phone:571 432-0300 Fax: 571 432-0301

SCHEDULE: 468.13 MONTHLY
TOTAL PAID: 25,902.96

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 09/23/19 | MAINSPRING PHYSIC | 936.26 |
| 07/11/19 | MAINSPRING PHYSIC | 1,404.39 |
| 04/09/19 | PC | 1,404.39 |
| 01/22/19 | MAINSPRING PHYSIC | 468.13 |
| 01/22/19 | MAINSPRING PHYSIC | 468.13 |
| 11/06/18 | MAINSPRING PHYSIC | 468.13 |
| 10/04/18 | MAINSPRING PHYSIC | 468.13 |
| 09/04/18 | MAINSPRING PHYSIC | 468.13 |
| 08/06/18 | MAINSPRING PHYSIC | 468.13 |
| 07/06/18 | PC | 468.13 |
| 06/05/18 | PC | 468.13 |
| 05/03/18 | PC | 458.00 |
| 04/03/18 | PC | 468.13 |
| 03/01/18 | PC | 308.00 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO 10/2019 | UNS 100.00 | | 0.00 0.00 | 1,199.06 1,199.06 | 1,199.06 1,199.06 | 977.33 0.00 | 221.73 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO 04/2017 | PRI 100.00 | | 0.00 0.00 | 3,632.68 3,175.00 | 3,632.68 3,632.68 | 3,632.68 0.00 | 0.00 0.00 |
| 002 | 331412 | PROFESSIONAL ACCOUNT MGMT | PRO | PRI 100.00 | | 0.00 0.00 | 0.00 205.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 003 | 331412 | PROFESSIONAL ACCOUNT MGMT | PRO | PRI 100.00 | | 0.00 0.00 | 0.00 55.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 004 | 341086 | US BANK NATIONAL ASSOCIATION LOAN MOD APP 10/06/2016 | PRO-I 07/2016 | SEC 100.00 | | 0.00 0.00 | 8,437.50 27,000.00 | 8,437.50 8,437.50 | 8,437.50 0.00 | Closed |
| 005 | AMEXP | AMERICAN EXPRESS BANK, FSB | PRO 10/2019 | UNS 100.00 | | 0.00 0.00 | 8,714.70 8,327.68 | 8,714.70 8,714.70 | 7,104.19 0.00 | 1,610.51 0.00 |
| 006 | 337191 | CAPITAL ONE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 998.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 007 | 333122 | DSNB MACYS | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 321.10 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 008 | 343869 | RICHARD ROCKWELL SEE NOTES IF CLM FILED WILL OBJECT | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 10,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 342440 | SUSAN PERLIN | PRO 10/2019 | UNS 100.00 | | 0.00 0.00 | 700.00 700.00 | 700.00 700.00 | 570.56 0.00 | 129.44 0.00 |
| 010 | 347671 | UNIT OWNERS OF CARR AT NEW PROVI UNLISTED LATE | PRO 06/2018 | SEC 100.00 | | 0.00 0.00 | 2,921.62 0.00 | 1,805.00 1,805.00 | 1,805.00 0.00 | 0.00 0.00 |
| 010 | 347671 | UNIT OWNERS OF CARR AT NEW PROVI Split Claim | PRO 10/2019 | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 1,116.62 1,116.62 | 910.22 0.00 | 206.40 0.00 |
| 799 | WELLES | NEIL SPENCER WELLES | PRO 12/2015 | ATY 100.00 | | 0.00 0.00 | 3,000.00 3,000.00 | 1,000.00 1,000.00 | 1,000.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 1,455.48 | 1,455.48 | |
| | | TOTALS: | | | | 0.00 0.00 | 20,168.06 26,781.78 | 19,623.54 19,623.54 | 25,892.96 0.00 | 2,168.08 0.00 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,000.00 | 3,435.00 | 0.00 | 20,346.78 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 1,000.00 | 3,632.68 | 1,805.00 | 11,730.38 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 1,000.00 | 3,632.68 | 1,805.00 | 9,562.30 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 0.00 | 2,168.08 | 0.00 | DUE CREDITORS: | 2,168.08 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 142.64 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 2,168.08 | 0.00 | APPROX BALANCE: | 2,300.72 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.1

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 12/18/2019

CASE NO: 15-13059-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-4592
CICHOSZ, ANDREW PAUL                                              SCHEDULE:    468.13 MONTHLY

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                      Case Power® 12.1