**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: Andrew Paul Cichosz | ) | CASE NO. 15-13059-KHK |
| | ) | |
| | ) | CHAPTER 13 BANKRUPTCY |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor: US Bank National Association**
**Trustee Claim No.: 004**
**Court Claim No.:    003**

**Last four (4) digits of any number used to identify the Debtor's account: 7148**

**Mortgage Cure Amount:**

| | |
|---|---|
| Amount of Allowed Pre-Petition or other Arrearage: | $8,437.50 |
| Amount Paid By Trustee | $8,437.50 |

**Monthly Ongoing Mortgage Payment is Paid:**

___ Through the Chapter 13 Trustee conduit     _X__ Direct by the Debtor

Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Code Section 1322(b)(5), the Debtor is otherwise current on all the payments, or be subject to further action of the Court including possible sanctions.

Dated:  February 4, 2020                    Respectfully Submitted:

                                            /s/ Thomas P. Gorman
                                            Standing Chapter 13 Trustee

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 4, 2020, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

Neil Spencer Welles
Attorney for Debtor
Welles Law, Pc
10195 Main Street, Suite I
Fairfax, VA  22031

Bonial & Associates, P.C.
Attorney for US Bank National Association
Attn:  Mukta Suri, Esquire
Attn:  Natalie E. Lea, Esquire
Attn:  Andrew Justin Bonial, Esquire
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

Bonial & Associates, P.C.
Attorney for US Bank
Attn:  John Rafferty, Esquire
PO Box 9013
Addison, TX 75001

Glasser and Glasser, P.L.C.
Attorney for US Bank National Association
Attn:  Robyn Danielle Pepin, Esquire
Crown Center, Suite 600
580 E. Main Street
Norfolk, VA 23510

Samuel I. White, P.C.
Attorney for US Bank National Association
Attn:  Nisha Ryan Patel, Esquire
1804 Staples Mill Road
Richmond, VA 23230

Orlans PC
Attorney for US Bank National Association
Attn:  Sameera Navidi, Esquire
P.O. Box 2548
Leesburg, VA 20177

Orlans PC
Attorney for US Bank National Association
Attn:  Heather D. McGivern, Esquire
1650 W. Big Beaver Rd.
Troy, MI 48348

Brock & Scott, PLLC
Attorney for US Bank National Association
Attn:  M. Christine Maggard, Esquire
484 Viking Drive, Suite 203
Virginia Beach, VA 23452

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Andrew Paul Cichosz
Chapter 13 Debtor
2826 Yarling Ct
Falls Church, VA  22042-4465

US Bank National Association
4801 Frederica Street
Owensboro, KY 42301


    /s/   Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee